UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO:

PHOUNG MAI,

    Plaintiffs,

VS.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Phoung Mai, sues Defendant, United States of America (hereafter USA) for damages and alleges as follows:

1. Plaintiff, Phoung Mai is a resident of Riverview, Hillsborough County, Florida.

2. On or about March 6, 2018, Defendant, USA owned and operated a 2012 Toyota Camry in Hillsborough County, Florida.

3. On March 6, 2018, United States Department of Homeland Security/ Immigration and Customs Enforcement Service employee, Victor Daniel Cabrera Perez, was the driver of the United States Department of Homeland Security/ Immigration and Customs Enforcement Service's vehicle. He was operating the vehicle within the course and scope of his employment and with the knowledge, permission and consent of the United States Department of Homeland Security/Immigration and Customs Enforcement Service.

4. On March 6, 2018, United States Department of Homeland Security/Immigration

and Customs Enforcement Service employee, Victor Daniel Cabrera Perez negligently operated or maintained the vehicle so that is collided with Plaintiffs' vehicle.

5. Jurisdiction is proper under the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and 28 U.S.C. § 2671 as this is a claim for loss of property and personal injuries that were caused by the negligent and wrongful act and omissions of employees of the United States Government while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Florida.

6. Venue is proper pursuant to 28 U.S.C. § 1402(b), as this is the district where the negligent acts occurred.

7. Plaintiff, Phoung Mai, has complied with all conditions precedent of the Federal Tort Claims Act and 28 U.S.C. § 2675 to bring this complaint and has timely filed a claim with the Department of Homeland Security/Immigration and Customs Enforcement Service. The claim of the plaintiff has never been rejected.

8. As a direct and proximate result of the negligent conduct in paragraph 4 and others above, Plaintiff, Phoung Mai suffered bodily injury and other resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and she lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff, Phoung Mai demands judgment for damages against the Defendant, United States of America, in the amount of $258,238.49, plus post judgment

interest and costs.

/s/ Jacob J. Munch
JACOB J. MUNCH
E-mail: jake@munchandmunch.com
Florida Bar Number 376523
CATHERINE M. SAYLOR
E-mail: casey@munchandmunch.com
Florida Bar Number 115593
MUNCH and MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Ph: (813) 254-1557 / Fax: (813) 254-5172
*Attorneys for Plaintiff, Phoung Mai*

and

Timothy F. Prugh
Prugh and Associates, P.A.
FBN:   138714
1009 W. Platt Street
Tampa, Florida 33606
E-mail: prugh.efile@prughlaw.com
Ph: (813)251-3548 / Fax: (813)251-5809
Co-counsel for Plainitff